[Nos. 5525–6–III; 6092–6–III.  Division Three.  April 17, 1984.]

STANLEY DAVIS VENABLE, *Respondent,* v. AMOS E.
REED, ET AL, *Appellants.*

*In the Matter of the Personal Restraint of*
STANLEY DAVIS VENABLE, *Petitioner.*

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 81–2–00237–5, Yancey Reser, J., entered
November 18, 1982, together with a petition for relief from
personal restraint. Judgment *reversed* and petition *dis-
missed* by unpublished per curiam opinion.

[No. 5251–6–III.  Division Three.  April 19, 1984.]

LARRY OLSEN, *Respondent,* v. CHG INTERNATIONAL,
INC., *Appellant,* PARKER PAINT COMPANY,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Ben-
ton County, No. 80–2–00026–5, Fred R. Staples, J., entered
June 3, 1982. *Affirmed* by unpublished opinion per Thomp-
son, J., concurred in by Munson, C.J., and Green, J.

[No. 6142–2–II.  Division Two.  April 19, 1984.]

EDWARD BOYCE, *as Guardian,* ET AL, *Appellants,*
v. THE DEPARTMENT OF SOCIAL AND HEALTH
SERVICES, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 80–2–00309–4, Orris L. Hamilton, J. Pro
Tem., entered January 15, 1982. *Reversed* by unpublished
opinion per Petrie, J., concurred in by Petrich, C.J., and
Reed, J.